
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00891-BNB

DARIEL HOUGH,

    Plaintiff,

v.

JUDY COXS,
BERRY WOOD,
WARDEN HOWES, and Other Staff, and
MELISSA LEWIS,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion to Supp. [sic] of Ment [sic] Information and to Amend the Civil Action Under 42 U.S.C. 1983" that Plaintiff Dariel Hough submitted to and filed with the Court on July 10, 2007. On June 18, 2007, Mr. Hough was granted leave to proceed pursuant to 28 U.S.C. § 1915 without an initial partial filing fee and, therefore, his request to be allowed to proceed without payment of the initial partial filing fee is moot. Plaintiff's request to amend the complaint fails to state how he wishes to amend the complaint. The motion, therefore, is DENIED.

Dated: July 11, 2007

Copies of this Minute Order mailed on July 11, 2007, to the following:

Dariel Hough
Prisoner No. 95724
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

                                                    Secretary/Deputy Clerk